IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STELLA MARIS INSURANCE : 
COMPANY, LIMITED : CIVIL ACTION
 : 
v. : NO. 10-1946
 : 
CATHOLIC HEALTH EAST, ET AL. : 

**O R D E R**

AND NOW, this  8th  day of September, 2010, upon consideration of Defendants Mary Serio and Nicholas Serio's Motion to Dismiss for Lack of Jurisdiction and/or for Lack of Jurisdiction Due to Lack of Diversity Between Plaintiff and Defendant Catholic Health East (ECF No. 17), and Defendant Jeffrey Constantine, M.D.'s Motion to Dismiss for Lack of Jurisdiction (ECF No. 19), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

  i. Defendants Mary Serio and Nicholas Serio's Motion to Dismiss (ECF No. 17) is **GRANTED**.

  ii. Defendant Jeffrey Constantine, M.D.'s Motion to Dismiss (ECF No. 19) is **GRANTED**.

  iii. Plaintiff's Complaint is **DISMISSED** in its entirety without prejudice.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**